**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GREGORY WOLFE and JULIE SHERMAN WOLFE,<br><br>Plaintiffs,<br><br>v.<br><br>AVON PUBLIC SCHOOLS (A/K/A AVON BOARD OF EDUCATION), TOWN OF AVON, and STEPHANIE LOCKHART.<br><br>Defendants. | CIV. ACTION NO: 3:26-cv-00963<br><br>SEPTEMBER 9, 2026<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO ENFORCE ECF NO. 19 AND TO STRIKE OR DISREGARD DEFENDANTS' UNTIMELY MOTION TO DISMISS**

Plaintiffs Gregory Wolfe, Julie Wolfe, and Julie Sherman Wolfe respectfully move for an Order enforcing ECF No. 19 and striking Defendants' Motion to Dismiss, ECF No. 28, as untimely.

In support, Plaintiffs rely on the accompanying Memorandum of Law, which is incorporated by reference.

The grounds for this Motion are as follows:

1. On August 10, 2026, the Court granted Defendants' second request for additional time to respond to the Amended Complaint and ordered that Defendants' deadline to "answer or otherwise respond to the complaint is extended to September 5, 2026." ECF No. 19. The Court further stated that "[f]urther extensions are disfavored." Id.
2. Defendants did not answer or otherwise respond by September 5, 2026, and did not seek a further extension before that deadline expired.
3. On September 9, 2026, at 12:05 a.m., Defendants filed their Motion to Dismiss, ECF No. 28, without seeking leave to file after the Court-ordered deadline had expired.

**WHEREFORE**, Plaintiffs respectfully request that the Court:

A. Enforce ECF No. 19;

ORAL ARGUMENT NOT REQUESTED

B. Strike Defendants' Motion to Dismiss, ECF No. 28, as untimely;

C. Order Defendants to file an Answer to the Amended Complaint within two (2) days of the Court's Order;

D. Provide that Defendants may not file a Rule 12(b)(6) motion directed to the Amended Complaint;

E. Stay Plaintiffs' obligation to respond to ECF No. 28 unless and until the Court denies this Motion or otherwise orders merits briefing; and

F. Grant such other and further relief as the Court deems just and proper.

Dated: September 9, 2026

Respectfully Submitted,

GREGORY AND JULIE WOLFE
PLAINTIFFS

By:/s/ Tyler J. Balding
Tyler J. Balding (ct 29928)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel
(203) 255-0380 fax
tbalding@capclaw.com

**CERTIFICATION OF SERVICE**

This is to certify that on September 9, 2025, a copy of the foregoing was filed electronically on the Court's ECF system, emailed to the parties below, and delivered to all those with access to such ECF system and mailed, postage prepaid, to those parties without access to ECF.

_____/s/________
Tyler J. Balding