**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GREGORY WOLFE and JULIE SHERMAN WOLFE,<br><br>Plaintiffs,<br><br>v.<br><br>AVON PUBLIC SCHOOLS (A/K/A AVON BOARD OF EDUCATION), TOWN OF AVON, and STEPHANIE LOCKHART.<br><br>Defendants. | CIV. ACTION NO: 3:26-cv-00963<br><br>SEPTEMBER 9, 2026<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

The Court, having considered Plaintiffs' Motion to Enforce ECF No. 19 and to Strike Defendants' Untimely Motion to Dismiss, hereby ORDERS as follows:

1. Plaintiffs' Motion is **GRANTED**.
2. Defendants' Motion to Dismiss, ECF No. 28, is **STRICKEN** as untimely.
3. Defendants shall file an Answer to the Amended Complaint within two (2) days of this Order that does not include any Rule 8 or 12(b)(6) motions.
4. Plaintiffs' obligation to respond to ECF No. 28 is terminated.

SO ORDERED at New Haven, Connecticut, this ____ day of __________, 2026.

____________________________________
Vernon D. Oliver United States District Judge

Dated: September 9, 2026

Respectfully Submitted,

GREGORY AND JULIE WOLFE
PLAINTIFFS

By:/s/ Tyler J. Balding
Tyler J. Balding (ct 29928)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel
(203) 255-0380 fax
tbalding@capclaw.com

## CERTIFICATION OF SERVICE

This is to certify that on September 9, 2025, a copy of the foregoing was filed electronically on the Court's ECF system, emailed to the parties below, and delivered to all those with access to such ECF system and mailed, postage prepaid, to those parties without access to ECF.

_____/s/________
Tyler J. Balding