UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY WOLFE AND<br>JULIE SHERMAN WOLFE<br>Plaintiffs | : | NO.: 3:26-cv-00963-VDO |
| v. | : | |
| AVON PUBLIC SCHOOLS,<br>TOWN OF AVON, AND<br>STEPHANIE LOCKHART<br>Defendants | : | SEPTEMBER 9, 2026 |

**MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the defendants, **Avon Public Schools**, **Town of Avon**, and **Stephanie Lockhart**, hereby move the Court of an extension of time of one (1) day[1], up to and including September 9, 2026, to file their Motion to Dismiss Plaintiffs' Amended Complaint.

In support of this motion, the defendants represent the following:

- On August 10, 2026, the Court granted the defendants' motion for extension of time to file a response to the Amended Complaint. [ECF No. 19.] Whereas the new deadline was the Saturday of Labor Day weekend, the deadline was extended to Tuesday, September 8, 2026.
- The undersigned counsel's Motion to Dismiss was finalized and ready to to file on September 8, 2026. The undersigned, however, unexpectedly encountered issues with PACER's E-filing System, including a never before seen error message and having to reset her password, the link for

[1] Should the Court agree with Plaintiff's interpretation of the Federal Rules that a response to the Amended Complaint was due on a Saturday, then the defendants request an extension of 4 days.

which was not received until 11:56pm. As such, the Motion to Dismiss was filed five minutes late. [ECF No. 28.]

- The undersigned did not file a Motion for Extension of Time during the early morning hours because she understood her responsibility to first ascertain Plaintiffs' position regarding the requested extension of time.
- The requested delay will not delay the proceedings or otherwise prejudice the plaintiffs.

In response to an inquiry regarding the requested extension of time, plaintiffs' counsel, Tyler Balding, responded:

> The filing was due 4 days ago under the rules. A request last week or even yesterday may have been appropriate, but we have already taken the time and effort to prepare and file a response that I do not intend to withdraw.

In their Motion to Strike, Plaintiffs request that the Court strike the defendants' Motion to Dismiss as untimely, "without prejudice to Defendants' ability to file a properly supported motion under Rule 6(b)(1)(B)." [ECF No. 29.] Such a motion is hereby filed.

WHEREFORE, the undersigned defendants hereby request that this Motion for Extension of Time, up to and including September 9, 2026, be granted.

DEFENDANTS,
AVON PUBLIC SCHOOLS, TOWN OF AVON, and STEPHANIE LOCKHART

By *_/s/ Alexandria L. Voccio_*

Alexandria L. Voccio
ct21792
Maccini & Voccio, LLC
1090 Elm Street, Suite 200A
Rocky Hill, CT 06067
(860) 740-2535
avoccio@maccinivoccio.com

**CERTIFICATION**

This is to certify that on **September 9, 2026**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Alexandria L.Voccio*
Alexandria L. Voccio