UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY WOLFE AND<br>JULIE SHERMAN WOLFE<br>Plaintiffs | : | NO.: 3:26-cv-00963-VDO |
| v. | : | |
| AVON PUBLIC SCHOOLS,<br>TOWN OF AVON, AND<br>STEPHANIE LOCKHART<br>Defendants | : | SEPTEMBER 9, 2026 |

**DEFENDANTS' OBJECTION TO MOTION TO STRIKE**

The defendants, **Avon Public Schools**, **Town of Avon**, and **Stephanie Lockhart**, hereby object to the plaintiffs' Motion to Strike, dated September 9, 2026. [ECF No. 29.] In support of this objection, the defendants represent as follows:

- On August 10, 2026, the Court granted the defendants' motion for extension of time to file a response to the Amended Complaint. [ECF No. 19.] Whereas the new deadline was the Saturday of Labor Day weekend, the deadline was extended to Tuesday, September 8, 2026, pursuant to Rule 6 of the Federal Rules of Civil Procedure.
- The undersigned counsel's Motion to Dismiss was finalized and ready to file on September 8, 2026. The undersigned, however, unexpectedly encountered issues with PACER's E-filing System, including a never before seen error message and having to reset her password, the link for which was not received until 11:56pm. As such, the Motion to Dismiss was filed five minutes late. [ECF No. 28.]

- The defendants filed a Motion for Extension of Time Nunc Pro Tunc after obtaining Plaintiffs' position regarding the requested extension of time.
- The delay in filing by 5 minutes will not delay the proceedings or otherwise prejudice the plaintiffs. The delay in filing was not due to bad faith or an attempt to disregard the Court-issued deadline.
- The defendants Motion to Dismiss was filed before the pleadings were closed.
- A motion is strike is a vehicle for striking matter contained in a pleading, not to challenge a motion to dismiss.
- The defendants' Motion to Dismiss raises arguments that cannot be waived. See Patel v. Contemporary Classics of Beverly Hills, 259 F.3d 123, 125-127 (2d Cir. 2001).

WHEREFORE, the undersigned defendants hereby request that the Court deny Plaintiffs' Motion to Strike and consider their Rule 12(b) Motion to Dismiss.

DEFENDANTS,
AVON PUBLIC SCHOOLS, TOWN OF
AVON, and STEPHANIE LOCKHART

By *__/s/ Alexandria L. Voccio______*

Alexandria L. Voccio
ct21792
Maccini & Voccio, LLC
1090 Elm Street, Suite 200A
Rocky Hill, CT 06067
(860) 740-2535
avoccio@maccinivoccio.com

**CERTIFICATION**

This is to certify that on **September 9, 2026**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Alexandria L.Voccio*
Alexandria L. Voccio