UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY WOLFE AND JULIE SHERMAN WOLFE<br>Plaintiffs | : | NO.: 3:26-cv-00963-VDO |
| v. | : | |
| AVON PUBLIC SCHOOLS, TOWN OF AVON, AND STEPHANIE LOCKHART<br>Defendants | : | OCTOBER 1, 2026 |

**DEFENDANTS' REPONSE TO ORDER TO SHOW CAUSE**

The defendants hereby respectfully respond to the Court's September 17, 2026 Order directing them to show cause why sanctions should not be issued under Fed. R. Civ. P. 16(f). [ECF No. 33.]

Defendants acknowledge that they did not meet the Answer deadline set by the Court nor did they comply with this Court's Pretrial Preferences by submitting a detailed letter motion setting forth the basis for their anticipated motion and a proposed briefing schedule. The undersigned counsel apologizes to the Court and opposing counsel for those lapses, and understands the basis for this Court's decision to strike Defendants' Motion to Dismiss.

Defendants request that an additional sanction not be issued. First, this Court has already stricken Defendants' Motion to Dismiss. Second, Defendants are committed to complying with all future court deadlines and pretrial preferences in this matter. Therefore, a sanction to achieve deterrence is not necessary. Third, although bad faith is not required to impose sanctions and/or an award of reasonable attorney's fees pursuant to Rule 16(f), Defendants note that there is no evidence of bad faith in this

case, which is vastly different from Liebowitz v. Bandshell Artist Mgmt., 6 F.4th 267, 281 (2d Cir. 2021), where there was extensive evidence of both bad faith and lying to the Court. Fourth, although the Court has the inherent power to act on its own, Plaintiffs did not request attorneys' fees or sanctions in their Motion to Strike. Fifth, significant expenses have not been incurred. To the contrary, Plaintiffs achieved their request for relief with a half page motion. Sixth, Defendants had filed a responsive pleading, albeit late, and were seeking to obtain a motion for extension of time nunc pro tunc (for which they needed to obtain Plaintiffs' position) *prior to* the filing of any motion filed by Plaintiffs. Under these circumstances, an award of expenses would be unjust.

For all of these reasons, Defendants respectfully submit that neither sanctions nor attorneys' fees should be imposed.

DEFENDANTS,
AVON PUBLIC SCHOOLS, TOWN OF AVON, AND STEPHANIE LOCKHART

By *__/s/ Alexandria L. Voccio__*

Alexandria L. Voccio
ct21792
Maccini & Voccio, LLC
1090 Elm Street, Suite 200A
Rocky Hill, CT 06067
(860) 740-2535
avoccio@maccinivoccio.com

**CERTIFICATION**

This is to certify that on **October 1, 2026**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Alexandria L.Voccio*
Alexandria L. Voccio