MACCINI & VOCCIO, LLC
ATTORNEYS AT LAW

1090 Elm Street
Suite 200A
Rocky Hill, CT 06067
Main: (860) 740-2535
Direct: (860) 740-2536
avoccio@maccinivoccio.com

***Via email only***

October 1, 2026

The Honorable Judge Vernon D. Oliver
United States District Judge
United States Courthouse
450 Main Street
Hartford, CT 06103

Re: Gregory Wolfe, et al. v. Avon Public Schools, et al
No.: 3:26-CV-00963-VDO

Dear Judge Oliver:

The defendants, Avon Public Schools, Town of Avon, and Stephanie Lockhart, hereby request a pre-filing conference to file a motion to dismiss as to all claims against the Town of Avon, Counts Three, Four, and Five, as to the Avon Public Schools, and Count Five as to Stephanie Lockhart.

In Count One, Plaintiff Gregory Wolfe alleges that the Town of Avon and the Avon Public Schools discriminated against him on the basis of his religion in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII").

In Count Two, Plaintiff Gregory Wolfe alleges that the Town of Avon and the Avon Public Schools discriminated against him on the basis of his sex in violation of the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60 et seq. ("CFEPA").

In Count Three, Plaintiff Gregory Wolfe alleges that all Defendants deprived him of his rights under 42 U.S.C. § 1981 and the Equal Protection Clause of the Fourteenth Amendment, as enforced through 42 U.S.C. § 1983.

In Count Four, both Plaintiffs allege that all Defendants retaliated against them in violation of the First Amendment, as enforced through 42 U.S.C. § 1983.

In Count Five, Plaintiff Gregory Wolfe alleges that Defendants Town of Avon and the Avon Public Schools retaliated against him for his opposition to Antisemitism in schools in violation of both Title VII and the CFEPA. Also in Count Five, Plaintiff

Gregory Wolfe alleges that Dr. Lockhart is liable for aiding and abetting under Conn. Gen. Stat. § 46a-60(b)(5).

In Count Six, Plaintiff Gregory Wolfe alleges sex discrimination in violation of Title VII against the Town of Avon and the Avon Public Schools.

In Count Seven, Plaintiff Gregory Wolfe alleges sex discrimination in violation of the CFEPA against the Town of Avon and the Avon Public Schools.

The defendants now seek to file a a motion to dismiss on the following grounds:

- Plaintiff failed to exhaust his administrative remedies as against the Town of Avon and Stephanie Lockhart. Plaintiff, through counsel, filed a Charge with the EEOC and CHRO against the school district, but neither the Town of Avon nor Lockhart were named as repondents. The Town was not even mentioned in the Charge, nor was there any indication that Plaintiff was asserting a claim of aiding or abetting against Lockhart.

- Plaintiff has failed to allege a plausible claim of retaliation under Title VII and/or the CFEPA because he has not alleged participation in a protected employment activity. His alleged protected activity consisted of opposition to antisemitism between students, communicating with administrators, and advocating for antisemitism training and curriculum changes. At no time – prior to an alleged adverse employment action – did Plaintiff oppose an *unlawful employment practice*.

- Plaintiff has failed to allege a plausible Monell claim under § 1983 against the Town of Avon and/or the Avon Public Schools.

The defendants propose the following briefing schedule:

  - Motion to Dismiss to be filed by November 2, 2026;
  - Response to motion to be filed by November 23, 2026;
  - Reply brief to be filed by December 7, 2026

Thank you for your consideration of this request.

Sincerely,

*Alexandria L. Voccio*
Alexandria L. Voccio

cc: Attorney Tyler Balding