UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY WOLFE AND<br>JULIE SHERMAN WOLFE<br>Plaintiffs | : | NO.: 3:26-cv-00963-VDO |
| v. | : | |
| AVON PUBLIC SCHOOLS,<br>TOWN OF AVON, AND<br>STEPHANIE LOCKHART<br>Defendants | : | OCTOBER 13, 2026 |

**MOTION TO STRIKE**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, the defendants, Avon Public Schools, Town of Avon, and Stephanie Lockhart, respectfully move for an Order striking Plaintiff's letter response to Defendants' Pre-Filing Conference Request [ECF No. 37].

In support of this motion, the defendants represent as follows:

1. On September 17, 2026, this Court entered an order requiring that, on or before October 1, 2026, Defendants submit a detailed letter motion setting forth the basis for their anticipated motion and a proposed briefing schedule, and that, "*Plaintiffs shall serve and file a letter response of not more than three (3) pages by October 8, 2026.*"

2. On October 1, 2026, Defendants filed the required letter motion.

3. Plaintiffs did not file their required response by October 8, 2026, and in fact, did not file a response until today, five days after the deadline.

WHEREFORE, Defendants respectfully request that the Court:

1. Allow the Defendants to proceed with their proposed Motion to Dismiss;

2. Deny Plaintiff's request for leave to amend before dismissal with prejudice; and

3. Grant such other and further relief as the Court deems just and proper.

DEFENDANTS,
AVON PUBLIC SCHOOLS, TOWN OF AVON, AND STEPHANIE LOCKHART

By *__/s/ Alexandria L. Voccio__*

Alexandria L. Voccio
ct21792
Maccini & Voccio, LLC
1090 Elm Street, Suite 200A
Rocky Hill, CT 06067
(860) 740-2535
avoccio@maccinivoccio.com

## CERTIFICATION

This is to certify that on **October 13, 2026**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Alexandria L.Voccio*
Alexandria L. Voccio